## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748 |
| | MDL 2545 |
| | JUDGE MATTHEW F. KENNELLY |
| This Document Relates to All Actions Identified in Exhibit A | |

### SHORT FORM ANSWER

The AbbVie Defendants,[1] by and through their attorneys, hereby provide this Short Form Answer to Plaintiff's Short Form Complaint. By way of this Short Form Answer, AbbVie does not waive, and expressly reserves, any challenges it may have to the Court's personal jurisdiction or venue. Further, AbbVie incorporates all responses and affirmative defenses set forth in AbbVie's Answer to Plaintiffs' Master Long-Form Complaint and Jury Demand. To the extent any specific response is required to the Short Form Complaint, AbbVie lacks knowledge or information sufficient to form a belief as to the allegations regarding the medical conditions and injuries alleged, and therefore those and any remaining allegations are denied. AbbVie further reserves the right to advance any additional defenses not otherwise set forth, as may be appropriate to this case.

---

[1] AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals LLC as appropriate.

Dated: March 29, 2016                    Respectfully submitted,


                                    By:   */s/ Michelle Hart Yeary*
                                          Michelle Hart Yeary
                                          DECHERT LLP
                                          902 Carnegie Center, Suite 500
                                          Princeton, NJ 08540-6531
                                          Tel: (609) 955-3200
                                          Fax: (609) 873-9151
                                          Michelle.yeary@dechert.com

                                          David M. Bernick
                                          DECHERT LLP
                                          1095 Avenue of the Americas
                                          New York, NY 10036-6797
                                          Tel: (212) 698-3500
                                          Fax: (212) 698-3599
                                          david.bernick@dechert.com

                                          Christopher R. Boisvert
                                          Hope S. Freiwald
                                          DECHERT LLP
                                          2929 Arch St., Cira Centre
                                          Philadelphia, PA 19104-2808
                                          Tel: (215) 994-4000
                                          Fax: (215) 655-2312
                                          hope.freiwald@dechert.com
                                          chip.boisvert@dechert.com


                                          ***Attorneys for AbbVie Inc., Abbott
                                          Laboratories, AbbVie Products LLC, &
                                          Unimed Pharmaceuticals LLC***

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher R. Boisvert, hereby certify that on March 29, 2016 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Michelle Hart Yeary*

# Exhibit A

| | |
|---|---|
| Aaron, Damon v. AbbVie Inc. et al. | 1:16-cv-01189 |
| Adams, Bradford v. AbbVie Inc. et al. | 1:16-cv-00590 |
| Adams, Brenda J. v. AbbVie Inc. et al. | 1:16-cv-00902 |
| Adams, Robert B. v. AbbVie Inc. et al. | 1:16-cv-00872 |
| Adams, Robert R. v. AbbVie Inc. et al. | 1:15-cv-09962 |
| Aguirre, Alfredo v. AbbVie Inc. et al. | 1:16-cv-00984 |
| Ahrenberg, Douglas A. v. AbbVie Inc. et al. | 1:16-cv-00875 |
| Aken, David v. AbbVie Inc. et al. | 1:16-cv-02664 |
| Alama, Martin v. AbbVie Inc. et al. | 1:15-cv-11558 |
| Albano, John F. v. AbbVie Inc. et al. | 1:16-cv-02087 |
| Albert, Johnnie v. AbbVie Inc. et al. | 1:16-cv-01755 |
| Alexander, George v. AbbVie Inc. et al. | 1:15-cv-11887 |
| Alfimow, Mary v. AbbVie Inc. et al. | 1:16-cv-01812 |
| Alford, James v. AbbVie Inc. et al. | 1:15-cv-09052 |
| Almond, Keith v. AbbVie Inc. et al. | 1:15-cv-05298 |
| Aman, Candace v. AbbVie Inc. et al. | 1:15-cv-07474 |
| Ambriz, Albert v. AbbVie Inc. et al. | 1:16-cv-00775 |
| Anand, Jaideep v. AbbVie Inc. et al. | 1:16-cv-01364 |
| Anderson, Beau v. AbbVie Inc. et al. | 1:15-cv-05347 |
| Annarino, Richard v. AbbVie Inc. et al. | 1:16-cv-00831 |
| Archer, Jeffry v. AbbVie Inc. et al. | 1:16-cv-00711 |
| Ard, Jeffrey v. AbbVie Inc. et al. | 1:16-cv-01549 |
| Arendt, James v. AbbVie Inc. et al. | 1:15-cv-11171 |
| Armstrong, Daniel v. AbbVie Inc. et al. | 1:16-cv-00820 |
| Arnett, John L. Sr. v. AbbVie Inc. et al. | 1:16-cv-01366 |
| Artis, Susan v. AbbVie Inc. et al. | 1:16-cv-01623 |
| Artley, Carrie v. AbbVie Inc. et al. | 1:15-cv-11178 |
| Asher, Cecilia v. AbbVie Inc. et al. | 1:16-cv-00410 |
| Averbukh, Gary v. AbbVie Inc. et al. | 1:16-cv-01589 |
| Bailey, Milburn v. AbbVie Inc. et al. | 1:15-cv-05301 |
| Baldwin, Frankie v. AbbVie Inc. et al. | 1:16-cv-00139 |
| Baltic, Dragon v. AbbVie Inc. et al. | 1:15-cv-03872 |
| Barber, William Jr. v. AbbVie Inc. et al. | 1:15-cv-11181 |
| Barnes, Glenn III v. AbbVie Inc. et al. | 1:16-cv-01483 |
| Bartel, Richard v. AbbVie Inc. et al. | 1:15-cv-08963 |
| Bartosiewicz, Gregory v. AbbVie Inc. et al. | 1:16-cv-00966 |
| Bass, Jerald v. AbbVie Inc. et al. | 1:16-cv-00648 |
| Batie, Johnnie v. AbbVie Inc. et al. | 1:15-cv-05308 |

| | |
|---|---|
| Beard, Robert v. AbbVie Inc. et al. | 1:16-cv-02947 |
| Bedwell, Gayle v. AbbVie Inc. et al. | 1:16-cv-03068 |
| Behrens, Robert v. AbbVie Inc. et al. | 1:15-cv-05309 |
| Bell, Christopher J. v. AbbVie Inc. et al. | 1:16-cv-02819 |
| Bell, Jerome v. AbbVie Inc. et al. | 1:16-cv-01713 |
| Bennett, Charles E. v. AbbVie Inc. et al. | 1:16-cv-01908 |
| Bergman, Jessica v. AbbVie Inc. et al. | 1:16-cv-00575 |
| Betts, Ragan v. AbbVie Inc. et al. | 1:16-cv-00582 |
| Bierria, Merv v. AbbVie Inc. et al. | 1:16-cv-00172 |
| Bilano, Billy v. AbbVie Inc. et al. | 1:15-cv-11560 |
| Bisceglia, Robert v. AbbVie Inc. et al. | 1:15-cv-11562 |
| Black, Sarah L. v. AbbVie Inc. et al. | 1:16-cv-00122 |
| Blankenship, Mark v. AbbVie Inc. et al. | 1:16-cv-00866 |
| Blevins, Howard J. II v. AbbVie Inc. et al. | 1:16-cv-00967 |
| Blevins, Howard v. AbbVie Inc. et al. | 1:15-cv-10199 |
| Boddie, Stanley v. AbbVie Inc. et al. | 1:15-cv-09751 |
| Book, David v. AbbVie Inc. et al. | 1:16-cv-00161 |
| Boone, Steven v. AbbVie Inc. et al. | 1:15-cv-11410 |
| Borreca, John J. v. AbbVie Inc. et al. | 1:16-cv-00703 |
| Bowell, David Sr. v. AbbVie Inc. et al. | 1:16-cv-01863 |
| Bowen, Randal v. AbbVie Inc. et al. | 1:16-cv-00157 |
| Bradford, Anthony J. v. AbbVie Inc. et al. | 1:16-cv-02108 |
| Brady, Robert v. AbbVie Inc. et al. | 1:16-cv-01367 |
| Bragg, Chrystal v. AbbVie Inc. et al. | 1:16-cv-01124 |
| Branson, Martin Robert v. AbbVie Inc. et al. | 1:16-cv-01778 |
| Bravo, Jesus v. AbbVie Inc. et al. | 1:15-cv-11846 |
| Brewer, Gertrude v. AbbVie Inc. et al. | 1:16-cv-03076 |
| Brewer, Marvin v. AbbVie Inc. et al. | 1:16-cv-02607 |
| Bridges, Frank v. AbbVie Inc. et al. | 1:16-cv-01191 |
| Briscoe, Terry v. AbbVie Inc. et al. | 1:16-cv-01665 |
| Britton, Linda v. AbbVie Inc. et al. | 1:16-cv-01476 |
| Brock, Jason v. AbbVie Inc. et al. | 1:16-cv-00821 |
| Brodersen, Ross v. AbbVie Inc. et al. | 1:16-cv-00585 |
| Brophy, Robert v. AbbVie Inc. et al. | 1:16-cv-00617 |
| Brown, Kenneth E. v. AbbVie Inc. et al. | 1:16-cv-01369 |
| Brown, Thomas v. AbbVie Inc. et al. | 1:15-cv-11067 |
| Brunas, Duane v. AbbVie Inc. et al. | 1:16-cv-02594 |
| Brunson, Kenneth v. AbbVie Inc. et al. | 1:15-cv-09066 |
| Buchanan, Robert v. AbbVie Inc. et al. | 1:16-cv-01004 |
| Buckley, John v. AbbVie Inc. et al. | 1:16-cv-02619 |

| | |
|---|---|
| Budd, Sam H. v. AbbVie Inc. et al. | 1:16-cv-01370 |
| Bunt, Jeffery v. AbbVie Inc. et al. | 1:16-cv-01029 |
| Bunting, Juliana A. v. AbbVie Inc. et al. | 1:15-cv-09699 |
| Bunting, Richard G. Jr. v. AbbVie Inc. et al. | 1:15-cv-03577 |
| Burczycki, Michael v. AbbVie Inc. et al. | 1:16-cv-02125 |
| Burns, James v. AbbVie Inc. et al. | 1:14-cv-10481 |
| Burrell, Steven v. AbbVie Inc. et al. | 1:15-cv-08210 |
| Burton, Frederick v. AbbVie Inc. et al. | 1:15-cv-05145 |
| Buschmann, Christopher v. AbbVie Inc. et al. | 1:16-cv-00576 |
| Bush, Luke v. AbbVie Inc. et al. | 1:15-cv-11897 |
| Butler, Richard v. AbbVie Inc. et al. | 1:15-cv-04173 |
| Cadelo, Leopoldo C. Jr. v. AbbVie Inc. et al. | 1:15-cv-09533 |
| Cain, Kim L. v. AbbVie Inc. et al. | 1:16-cv-01328 |
| Calciano, Carmen F. v. AbbVie Inc. et al. | 1:16-cv-02139 |
| Calhoun, Robert L. v. AbbVie Inc. et al. | 1:15-cv-09046 |
| Campbell, Gregory B. v. AbbVie Inc. et al. | 1:16-cv-01373 |
| Campbell, Robert M. v. AbbVie Inc. et al. | 1:15-cv-06390 |
| Campbell, Rod v. AbbVie Inc. et al. | 1:16-cv-02089 |
| Canaday, Keith L. v. AbbVie Inc. et al. | 1:15-cv-05645 |
| Cannon, Carl Steven v. AbbVie Inc. et al. | 1:16-cv-01374 |
| Capertina, Theodore v. AbbVie Inc. et al. | 1:15-cv-04196 |
| Caraveo, Arthur v. AbbVie Inc. et al. | 1:15-cv-11355 |
| Carter, Richard T. v. AbbVie Inc. et al. | 1:16-cv-02141 |
| Carullo, Frederick Jr. v. AbbVie Inc. et al. | 1:15-cv-08679 |
| Case, Ronald v. AbbVie Inc. et al. | 1:16-cv-01949 |
| Castillo, Tobias v. AbbVie Inc. et al. | 1:16-cv-00638 |
| Cazares, Troy v. AbbVie Inc. et al. | 1:15-cv-05357 |
| Chambers, Grant v. AbbVie Inc. et al. | 1:15-cv-08976 |
| Cheatham, Michael v. AbbVie Inc. et al. | 1:16-cv-01210 |
| Christensen, Floyd D. v. AbbVie Inc. et al. | 1:16-cv-01688 |
| Clapper, Dennis P. v. AbbVie Inc. et al. | 1:16-cv-01075 |
| Clark, Rebecca v. AbbVie Inc. et al. | 1:16-cv-01376 |
| Clay, Monica v. AbbVie Inc. et al. | 1:16-cv-02186 |
| Clem, Jeremiah Tim v. AbbVie Inc. et al. | 1:16-cv-01692 |
| Clevenger, Virginia v. AbbVie Inc. et al. | 1:16-cv-02033 |
| Cline, Guarld v. AbbVie Inc. et al. | 1:16-cv-01535 |
| Cloward, Irene v. AbbVie Inc. et al. | 1:16-cv-01769 |
| Cluck, Morgan v. AbbVie Inc. et al. | 1:15-cv-09084 |
| Cochrane, Samantha v. AbbVie Inc. et al. | 1:16-cv-01525 |
| Coleman, John v. AbbVie Inc. et al. | 1:16-cv-02047 |

| | |
|---|---|
| Coleman, Richard v. AbbVie Inc. et al. | 1:16-cv-00990 |
| Conrad, Terry v. AbbVie Inc. et al. | 1:16-cv-02596 |
| Conrady, John R. Sr. v. AbbVie Inc. et al. | 1:15-cv-10034 |
| Cook, Lewis v. AbbVie Inc. et al. | 1:14-cv-10482 |
| Cooper, Steve O. v. AbbVie Inc. et al. | 1:16-cv-01379 |
| Coopey, Gail v. AbbVie Inc. et al. | 1:16-cv-02358 |
| Cordell, Larry v. AbbVie Inc. et al. | 1:16-cv-00158 |
| Corning, Michael v. AbbVie Inc. et al. | 1:15-cv-09465 |
| Corradino, Anthony v. AbbVie Inc. et al. | 1:15-cv-11702 |
| Coston, Brian Gary v. AbbVie Inc. et al. | 1:16-cv-01119 |
| Cota, Marc v. AbbVie Inc. et al. | 1:15-cv-08998 |
| Coursen, Michael v. AbbVie Inc. et al. | 1:16-cv-02676 |
| Covert, Wesley v. AbbVie Inc. et al. | 1:15-cv-08211 |
| Cozort, M.O. Neal v. AbbVie Inc. et al. | 1:16-cv-01074 |
| Crawley, James R. v. AbbVie Inc. et al. | 1:16-cv-02825 |
| Critchley, Jeanine v. AbbVie Inc. et al. | 1:16-cv-01333 |
| Crites, William v. AbbVie Inc. et al. | 1:15-cv-06067 |
| Crow, William v. AbbVie Inc. et al. | 1:16-cv-01021 |
| Cuchetto, Vincent v. AbbVie Inc. et al. | 1:15-cv-07018 |
| Culverhouse, Ruby v. AbbVie Inc. et al. | 1:15-cv-10126 |
| Cummins, Kenneth v. AbbVie Inc. et al. | 1:16-cv-02812 |
| Cunningham, Troy v. AbbVie Inc. et al. | 1:16-cv-00817 |
| Cusumano, Frank v. AbbVie Inc. et al. | 1:16-cv-00807 |
| Cuyler, Duane v. AbbVie Inc. et al. | 1:16-cv-02922 |
| Dalrymple, Dicky v. AbbVie Inc. et al. | 1:15-cv-09921 |
| Dalton, David L. v. AbbVie Inc. et al. | 1:16-cv-01383 |
| Daub, Kenneth v. AbbVie Inc. et al. | 1:16-cv-01249 |
| Davidson, Anthony v. AbbVie Inc. et al. | 1:16-cv-02541 |
| Davis, Cary v. AbbVie Inc. et al. | 1:15-cv-09842 |
| Day, David v. AbbVie Inc. et al. | 1:16-cv-01385 |
| De Jesus, Rogelio v. AbbVie Inc. et al. | 1:16-cv-01648 |
| De Salvo, Dennis E. v. AbbVie Inc. et al. | 1:16-cv-01192 |
| Deal, James v. AbbVie Inc. et al. | 1:16-cv-00567 |
| Deemer, Kenneth W. v. AbbVie Inc. et al. | 1:15-cv-06921 |
| Del Hoyo, Augustin v. AbbVie Inc. et al. | 1:16-cv-02768 |
| DeLeon, John Michael v. AbbVie Inc. et al. | 1:16-cv-02695 |
| DelVaglio, Julio J. v. AbbVie Inc. et al. | 1:16-cv-01388 |
| DeMartin, Albert v. AbbVie Inc. et al. | 1:15-cv-11213 |
| DePrima, Roger v. AbbVie Inc. et al. | 1:15-cv-10002 |
| Dibbles, Horace v. AbbVie Inc. et al. | 1:16-cv-00968 |

| | |
|---|---|
| Dickensheets, Stephen v. AbbVie Inc. et al. | 1:16-cv-01676 |
| Dillard, Asberry v. AbbVie Inc. et al. | 1:16-cv-00822 |
| Dixon, Clarence Jr. v. AbbVie Inc. et al. | 1:16-cv-02565 |
| Dodridge, Vaughn v. AbbVie Inc. et al. | 1:15-cv-03263 |
| Dorsey, Thomas v. AbbVie Inc. et al. | 1:16-cv-01817 |
| Doss, Lennie v. AbbVie Inc. et al. | 1:16-cv-01020 |
| Doughty, Robert v. AbbVie Inc. et al. | 1:16-cv-01405 |
| Douglas, Lawrence v. AbbVie Inc. et al. | 1:15-cv-10841 |
| Downing, Herman Owen v. AbbVie Inc. et al. | 1:15-cv-08503 |
| Dripps, Frank v. AbbVie Inc. et al. | 1:15-cv-04340 |
| Dugan, James v. AbbVie Inc. et al. | 1:16-cv-01700 |
| Duke, Edwin v. AbbVie Inc. et al. | 1:16-cv-00930 |
| Duncan, Rocky v. AbbVie Inc. et al. | 1:16-cv-01696 |
| Duncan, Rusty v. AbbVie Inc. et al. | 1:16-cv-00959 |
| Dunlap, Allan J. v. AbbVie Inc. et al. | 1:16-cv-01390 |
| Dunn, Jack v. AbbVie Inc. et al. | 1:16-cv-01208 |
| Durning, Patricia v. AbbVie Inc. et al. | 1:16-cv-00755 |
| Eden, Steve II v. AbbVie Inc. et al. | 1:15-cv-11388 |
| Edmond, Derrick D. v. AbbVie Inc. et al. | 1:16-cv-03029 |
| Edwards, Keith v. AbbVie Inc. et al. | 1:15-cv-08977 |
| Eldridge, Henry M. v. AbbVie Inc. et al. | 1:15-cv-07096 |
| Engdahl, Richard J. v. AbbVie Inc. et al. | 1:15-cv-08122 |
| Evans, Dwane v. AbbVie Inc. et al. | 1:15-cv-10039 |
| Evans, Vaughn C. v. AbbVie Inc. et al. | 1:16-cv-01111 |
| Eytchison, Lester v. AbbVie Inc. et al. | 1:16-cv-01107 |
| Farmer, Michael v. AbbVie Inc. et al. | 1:16-cv-01484 |
| Farquhar, Kenneth v. AbbVie Inc. et al. | 1:16-cv-00587 |
| Farrow, Harold v. AbbVie Inc. et al. | 1:15-cv-09750 |
| Faz, Samuel v. AbbVie Inc. et al. | 1:16-cv-00054 |
| Fernandez, Jose Adrian v. AbbVie Inc. et al. | 1:15-cv-05773 |
| Field, Gregory K. v. AbbVie Inc. et al. | 1:15-cv-05518 |
| Fitch, Jonathan v. AbbVie Inc. et al. | 1:16-cv-01452 |
| Fitt, John K. v. AbbVie Inc. et al. | 1:16-cv-01038 |
| Fleser, Douglas v. AbbVie Inc. et al. | 1:16-cv-01011 |
| Fletcher, Walter v. AbbVie Inc. et al. | 1:15-cv-11689 |
| Flex, Anthony v. AbbVie Inc. et al. | 1:16-cv-01392 |
| Flowers, Joe v. AbbVie Inc. et al. | 1:16-cv-00631 |
| Flowers, William v. AbbVie Inc. et al. | 1:16-cv-01728 |
| Fox, Ronnie v. AbbVie Inc. et al. | 1:16-cv-00229 |
| Francis, Carlton v. AbbVie Inc. et al. | 1:16-cv-01282 |

| | |
|---|---|
| Francis, Robert A. v. AbbVie Inc. et al. | 1:16-cv-01441 |
| Franklin, Charles v. AbbVie Inc. et al. | 1:15-cv-11345 |
| Freedman, Roger v. AbbVie Inc. et al. | 1:16-cv-00166 |
| Freeman, Franklin v. AbbVie Inc. et al. | 1:15-cv-07347 |
| Frick, David v. AbbVie Inc. et al. | 1:16-cv-01395 |
| Friday, Henry v. AbbVie Inc. et al. | 1:15-cv-11694 |
| Friedman, Michael v. AbbVie Inc. et al. | 1:16-cv-00805 |
| Fuller, Kenneth D. v. AbbVie Inc. et al. | 1:16-cv-02084 |
| Furbee, John v. AbbVie Inc. et al. | 1:16-cv-01030 |
| Futch, Abe v. AbbVie Inc. et al. | 1:15-cv-11462 |
| Gaines, James v. AbbVie Inc. et al. | 1:16-cv-01675 |
| Gallagher, Samuel v. AbbVie Inc. et al. | 1:16-cv-01705 |
| Galvan, Charles J. v. AbbVie Inc. et al. | 1:16-cv-00578 |
| Garcia, Luke v. AbbVie Inc. et al. | 1:16-cv-02429 |
| Garcia, Ricardo J. v. AbbVie Inc. et al. | 1:15-cv-11708 |
| Garrett, Walter v. AbbVie Inc. et al. | 1:16-cv-02568 |
| Gasbarra, Charlie v. AbbVie Inc. et al. | 1:16-cv-01043 |
| Gibson, Roy v. AbbVie Inc. et al. | 1:16-cv-00767 |
| Gieza, Edward v. AbbVie Inc. et al. | 1:16-cv-00237 |
| Gilley, Michael v. AbbVie Inc. et al. | 1:16-cv-00642 |
| Gillis, Terrell v. AbbVie Inc. et al. | 1:16-cv-01462 |
| Giorgio, Henry v. AbbVie Inc. et al. | 1:15-cv-10012 |
| Gisbson, Ronald v. AbbVie Inc. et al. | 1:16-cv-01887 |
| Gizzo, Salvatore v. AbbVie Inc. et al. | 1:16-cv-01402 |
| Glackin, Michael v. AbbVie Inc. et al. | 1:16-cv-01300 |
| Gold, Jerry H. v. AbbVie Inc. et al. | 1:16-cv-03013 |
| Gomez, Augusto v. AbbVie Inc. et al. | 1:16-cv-02591 |
| Gonzalez, Eddie v. AbbVie Inc. et al. | 1:16-cv-01403 |
| Gonzalez, Frank v. AbbVie Inc. et al. | 1:15-cv-09058 |
| Gonzalez, Jesus v. AbbVie Inc. et al. | 1:16-cv-00543 |
| Gordon, Bernard L. v. AbbVie Inc. et al. | 1:16-cv-01117 |
| Gosnell, Roger v. AbbVie Inc. et al. | 1:14-cv-05040 |
| Graham, Lewis E. II v. AbbVie Inc. et al. | 1:16-cv-02721 |
| Grandberry, Derrick v. AbbVie Inc. et al. | 1:16-cv-02652 |
| Gravett, Rick A. v. AbbVie Inc. et al. | 1:16-cv-02693 |
| Grittini, Gidget v. AbbVie Inc. et al. | 1:16-cv-01681 |
| Gross, Haskell Bert v. AbbVie Inc. et al. | 1:15-cv-03258 |
| Gulick, Paul v. AbbVie Inc. et al. | 1:16-cv-02385 |
| Gunter, Erwin v. AbbVie Inc. et al. | 1:16-cv-01491 |
| Gutierrez, Eleazar v. AbbVie Inc. et al. | 1:15-cv-07572 |

| | |
|---|---|
| Haas, Larry W. v. AbbVie Inc. et al. | 1:16-cv-02828 |
| Hackney, Peter A. v. AbbVie Inc. et al. | 1:16-cv-01406 |
| Hagins, Richard v. AbbVie Inc. et al. | 1:16-cv-01674 |
| Hall, Belinda v. AbbVie Inc. et al. | 1:15-cv-09651 |
| Hall, Donald G. v. AbbVie Inc. et al. | 1:15-cv-09556 |
| Halley, Gerald v. AbbVie Inc. et al. | 1:16-cv-02155 |
| Halmann, Stephen v. AbbVie Inc. et al. | 1:16-cv-02660 |
| Hals, Joseph v. AbbVie Inc. et al. | 1:16-cv-00639 |
| Ham, William J. v. AbbVie Inc. et al. | 1:16-cv-01410 |
| Hamilton, Larry L. v. AbbVie Inc. et al. | 1:15-cv-09809 |
| Hammonds, Johnny v. AbbVie Inc. et al. | 1:15-cv-11231 |
| Hansen, Thomas D. v. AbbVie Inc. et al. | 1:16-cv-01412 |
| Hansmann, Frank v. AbbVie Inc. et al. | 1:16-cv-01695 |
| Hanson, David E. v. AbbVie Inc. et al. | 1:16-cv-00625 |
| Harkness, Barry v. AbbVie Inc. et al. | 1:15-cv-00318 |
| Harnack, Jeffrey v. AbbVie Inc. et al. | 1:15-cv-09453 |
| Harrell, Robert L. Jr. v. AbbVie Inc. et al. | 1:15-cv-04211 |
| Harris, Frank v. AbbVie Inc. et al. | 1:15-cv-08450 |
| Harris, Gary L. v. AbbVie Inc. et al. | 1:16-cv-02791 |
| Harris, John T. v. AbbVie Inc. et al. | 1:15-cv-07898 |
| Harris, Melvin v. AbbVie Inc. et al. | 1:16-cv-00159 |
| Harris, Michael v. AbbVie Inc. et al. | 1:15-cv-09994 |
| Harris, Michael W. v. AbbVie Inc. et al. | 1:16-cv-01629 |
| Harrison, James v. AbbVie Inc. et al. | 1:15-cv-00423 |
| Harrison, Kevin v. AbbVie Inc. et al. | 1:16-cv-01773 |
| Hartle, Stanley H. v. AbbVie Inc. et al. | 1:16-cv-01335 |
| Hartman, Robert v. AbbVie Inc. et al. | 1:16-cv-01138 |
| Hartnett, Michael K. v. AbbVie Inc. et al. | 1:16-cv-01517 |
| Haskett, Terry v. AbbVie Inc. et al. | 1:15-cv-04432 |
| Hatcher, William v. AbbVie Inc. et al. | 1:14-cv-05749 |
| Hauck, Douglas v. AbbVie Inc. et al. | 1:16-cv-01537 |
| Haught, Charles v. AbbVie Inc. et al. | 1:16-cv-01024 |
| Haynie, Isaac v. AbbVie Inc. et al. | 1:15-cv-11569 |
| Hazen, Mark v. AbbVie Inc. et al. | 1:16-cv-01341 |
| Head, Everett T. v. AbbVie Inc. et al. | 1:15-cv-06519 |
| Helzner, Michael v. AbbVie Inc. et al. | 1:15-cv-09582 |
| Hemmingway, Judith v. AbbVie Inc. et al. | 1:15-cv-09973 |
| Henderson, Ronald E. v. AbbVie Inc. et al. | 1:16-cv-01527 |
| Hendrix, Jeffery v. AbbVie Inc. et al. | 1:16-cv-02744 |
| Henry, Robert B. v. AbbVie Inc. et al. | 1:16-cv-00614 |

| | |
|---|---|
| Hensley, Douglas F. v. AbbVie Inc. et al. | 1:15-cv-10019 |
| Heppermann, Harold v. AbbVie Inc. et al. | 1:15-cv-11235 |
| Heriegel, Harry v. AbbVie Inc. et al. | 1:16-cv-00818 |
| Herman, James v. AbbVie Inc. et al. | 1:16-cv-00994 |
| Herndon, Thomas W. v. AbbVie Inc. et al. | 1:16-cv-01340 |
| Herron, Donny Coy v. AbbVie Inc. et al. | 1:15-cv-09055 |
| Herrschart, Mark v. AbbVie Inc. et al. | 1:16-cv-01588 |
| Hicks, Doyle W. v. AbbVie Inc. et al. | 1:15-cv-03582 |
| Hicks, Roger v. AbbVie Inc. et al. | 1:16-cv-01689 |
| Hiltner, Orin v. AbbVie Inc. et al. | 1:15-cv-11237 |
| Hilvers, Earl v. AbbVie Inc. et al. | 1:16-cv-01292 |
| Hines, Lonnie v. AbbVie Inc. et al. | 1:16-cv-00186 |
| Hinojosa, Ernesto Jr. v. AbbVie Inc. et al. | 1:16-cv-00183 |
| Holley, Frank v. AbbVie Inc. et al. | 1:15-cv-07121 |
| Hollis, Daniel v. AbbVie Inc. et al. | 1:15-cv-11239 |
| Holmes, Byron v. AbbVie Inc. et al. | 1:16-cv-01506 |
| Holtsclaw, Frank L. v. AbbVie Inc. et al. | 1:16-cv-00971 |
| Holtzman, Jerold v. AbbVie Inc. et al. | 1:15-cv-09532 |
| Hooton, Duane Lee v. AbbVie Inc. et al. | 1:15-cv-10885 |
| Horswill, David William v. AbbVie Inc. et al. | 1:15-cv-08239 |
| Horton, Robert v. AbbVie Inc. et al. | 1:16-cv-01487 |
| Horvitz, David v. AbbVie Inc. et al. | 1:16-cv-00896 |
| Hostetler, Michael v. AbbVie Inc. et al. | 1:16-cv-02388 |
| Houghton, Benjamin v. AbbVie Inc. et al. | 1:16-cv-00797 |
| Howell, John F. v. AbbVie Inc. et al. | 1:16-cv-02085 |
| Hubbard, Mark v. AbbVie Inc. et al. | 1:15-cv-10029 |
| Huehl, William G.  v. AbbVie Inc. et al. | 1:15-cv-01805 |
| Hughes, Howard W. v. AbbVie Inc. et al. | 1:16-cv-00526 |
| Humphrey, LeBryon v. AbbVie Inc. et al. | 1:15-cv-09114 |
| Huppelsberg, Brent v. AbbVie Inc. et al. | 1:15-cv-08640 |
| Hurst-Garnett, Barbara v. AbbVie Inc. et al. | 1:16-cv-01652 |
| Irey, Michael v. AbbVie Inc. et al. | 1:16-cv-01721 |
| Jackson, Billy Wayne v. AbbVie Inc. et al. | 1:16-cv-02520 |
| Jackson, Ingrid v. AbbVie Inc. et al. | 1:15-cv-10035 |
| Jackson, Leroy B. v. AbbVie Inc. et al. | 1:16-cv-01656 |
| Jalkewicz, James v. AbbVie Inc. et al. | 1:15-cv-09455 |
| James, Terry v. AbbVie Inc. et al. | 1:16-cv-00701 |
| Janiga, Jeffery v. AbbVie Inc. et al. | 1:15-cv-11496 |
| Jendrysik, Lita v. AbbVie Inc. et al. | 1:16-cv-03229 |
| Jensen, Diane v. AbbVie Inc. et al. | 1:16-cv-01776 |

| | |
|---|---|
| Johnson, Anthony R. v. AbbVie Inc. et al. | 1:16-cv-01096 |
| Johnson, Bruce v. AbbVie Inc. et al. | 1:16-cv-01561 |
| Johnson, Edward W. v. AbbVie Inc. et al. | 1:16-cv-01152 |
| Johnson, James Mickey v. AbbVie Inc. et al. | 1:16-cv-00620 |
| Johnson, Kenneth W. v. AbbVie Inc. et al. | 1:16-cv-00943 |
| Johnson, LaMar v. AbbVie Inc. et al. | 1:16-cv-01417 |
| Johnson, Ronald E. v. AbbVie Inc. et al. | 1:16-cv-02406 |
| Johnson, Thomas v. AbbVie Inc. et al. | 1:15-cv-11787 |
| Jones, Columbus v. AbbVie Inc. et al. | 1:16-cv-00075 |
| Jones, Earl v. AbbVie Inc. et al. | 1:16-cv-01357 |
| Jones, Willie v. AbbVie Inc. et al. | 1:15-cv-11346 |
| Jordan, Howard M. v. AbbVie Inc. et al. | 1:16-cv-01321 |
| Jordan, Joseph F. v. AbbVie Inc. et al. | 1:15-cv-09449 |
| Judy, Richard v. AbbVie Inc. et al. | 1:16-cv-02792 |
| Kamm, Jay v. AbbVie Inc. et al. | 1:15-cv-08406 |
| Kane, William v. AbbVie Inc. et al. | 1:15-cv-04731 |
| Kaplan, Richard v. AbbVie Inc. et al. | 1:16-cv-02169 |
| Kapous, George v. AbbVie Inc. et al. | 1:15-cv-09678 |
| Karsteter, Carl v. AbbVie Inc. et al. | 1:16-cv-00714 |
| Kasow, Warren v. AbbVie Inc. et al. | 1:16-cv-01418 |
| Kasselmann, Gerald v. AbbVie Inc. et al. | 1:16-cv-01584 |
| Katz, Gary v. AbbVie Inc. et al. | 1:16-cv-00934 |
| Kelley, Alice A. v. AbbVie Inc. et al. | 1:16-cv-02892 |
| Kendrick, Grant Jr. v. AbbVie Inc. et al. | 1:15-cv-10365 |
| Kennedy, Ronnie v. AbbVie Inc. et al. | 1:15-cv-03512 |
| Keyt, James W. v. AbbVie Inc. et al. | 1:16-cv-01344 |
| Khan, Mohammad Abid v. AbbVie Inc. et al. | 1:16-cv-00960 |
| King, Kevin W. v. AbbVie Inc. et al. | 1:16-cv-02426 |
| Kirby, Harry v. AbbVie Inc. et al. | 1:16-cv-01718 |
| Kirby, Michael v. AbbVie Inc. et al. | 1:16-cv-01348 |
| Kirk, Brian v. AbbVie Inc. et al. | 1:16-cv-01580 |
| Kiser, Philip v. AbbVie Inc. et al. | 1:16-cv-02920 |
| Knapp, Kevin A. v. AbbVie Inc. et al. | 1:15-cv-09630 |
| Kohler, Dorothy v. AbbVie Inc. et al. | 1:16-cv-00047 |
| Kovach, Paul v. AbbVie Inc. et al. | 1:16-cv-00795 |
| Krausse, Lewis R. Jr. v. AbbVie Inc. et al. | 1:15-cv-06272 |
| Kresse, Joseph v. AbbVie Inc. et al. | 1:16-cv-01422 |
| Kuhajda, David v. AbbVie Inc. et al. | 1:16-cv-02353 |
| LaFortune, Anthony v. AbbVie Inc. et al. | 1:16-cv-01184 |
| Lakey, Paul N. v. AbbVie Inc. et al. | 1:16-cv-02894 |

| | |
|---|---|
| Lancaster, Dale M. v. AbbVie Inc. et al. | 1:16-cv-01424 |
| Lancaster, Richard A. v. AbbVie Inc. et al. | 1:16-cv-02099 |
| Lane, Jerry v. AbbVie Inc. et al. | 1:15-cv-11819 |
| Lane, Richard v. AbbVie Inc. et al. | 1:14-cv-10483 |
| Lang, William v. AbbVie Inc. et al. | 1:16-cv-01842 |
| Lanier, James v. AbbVie Inc. et al. | 1:16-cv-00114 |
| Lapenotiere, Arthur J. v. AbbVie Inc. et al. | 1:16-cv-01834 |
| LaRosa, Stephen v. AbbVie Inc. et al. | 1:16-cv-01907 |
| Larson, Kerry v. AbbVie Inc. et al. | 1:16-cv-01235 |
| Larson, William v. AbbVie Inc. et al. | 1:16-cv-01752 |
| Lattimore, Joseph D. v. AbbVie Inc. et al. | 1:16-cv-02651 |
| Lauahi, Mark J. v. AbbVie Inc. et al. | 1:15-cv-08123 |
| Law, Theodore v. AbbVie Inc. et al. | 1:16-cv-01741 |
| Lawrance, Charlene Day v. AbbVie Inc. et al. | 1:16-cv-02077 |
| Leaphart, Gene v. AbbVie Inc. et al. | 1:16-cv-01547 |
| Lee, Brian v. AbbVie Inc. et al. | 1:16-cv-01579 |
| Leffingwell, Frederick v. AbbVie Inc. et al. | 1:15-cv-09008 |
| Lenart, John v. AbbVie Inc. et al. | 1:15-cv-02590 |
| Lenett, Jay v. AbbVie Inc. et al. | 1:15-cv-09011 |
| Leonard, Dan v. AbbVie Inc. et al. | 1:15-cv-09554 |
| LePage, Michael D. v. AbbVie Inc. et al. | 1:16-cv-02880 |
| Levithan, Arik v. AbbVie Inc. et al. | 1:15-cv-04981 |
| Lewis, Larry K. v. AbbVie Inc. et al. | 1:16-cv-01426 |
| Liberto, Mark v. AbbVie Inc. et al. | 1:16-cv-01112 |
| Link, Michael v. AbbVie Inc. et al. | 1:15-cv-10845 |
| Lins, George v. AbbVie Inc. et al. | 1:16-cv-01620 |
| Little, Thomas James v. AbbVie Inc. et al. | 1:16-cv-00613 |
| Littlejohn, Carl W. v. AbbVie Inc. et al. | 1:16-cv-01325 |
| Longoria, Esequiel v. AbbVie Inc. et al. | 1:16-cv-00239 |
| Lonon, Karen v. AbbVie Inc. et al. | 1:16-cv-02868 |
| Loomis, Arden v. AbbVie Inc. et al. | 1:16-cv-00530 |
| Loreto, Michael v. AbbVie Inc. et al. | 1:16-cv-02561 |
| Lounsbury, Richard v. AbbVie Inc. et al. | 1:16-cv-00346 |
| Ludovicz, Teresa v. AbbVie Inc. et al. | 1:14-cv-05045 |
| Lumsden, Mark v. AbbVie Inc. et al. | 1:16-cv-01554 |
| Lunger, Raymond v. AbbVie Inc. et al. | 1:16-cv-01732 |
| Lusk, Paul T. v. AbbVie Inc. et al. | 1:16-cv-03031 |
| Lydon, Ruth Martinez v. AbbVie Inc. et al. | 1:16-cv-02170 |
| Lykes, Grace v. AbbVie Inc. et al. | 1:16-cv-01578 |
| Lyon, Larry M. v. AbbVie Inc. et al. | 1:15-cv-09441 |

| | |
|---|---|
| Madson, Larry S. v. AbbVie Inc. et al. | 1:16-cv-01457 |
| Malabe, Victor v. AbbVie Inc. et al. | 1:14-cv-05031 |
| Mandeville, Andre v. AbbVie Inc. et al. | 1:15-cv-11244 |
| Manear, James v. AbbVie Inc. et al. | 1:16-cv-01781 |
| Mangal, Michael v. AbbVie Inc. et al. | 1:15-cv-11277 |
| Marchington, Samuel v. AbbVie Inc. et al. | 1:16-cv-00747 |
| Marciniak, Michael v. AbbVie Inc. et al. | 1:16-cv-01186 |
| Maresh, Larry J. v. Unimed Pharmaceuticals, LLC | 1:16-cv-01327 |
| Mason, Brian v. AbbVie Inc. et al. | 1:15-cv-11044 |
| Mason, Jackie v. AbbVie Inc. et al. | 1:15-cv-11064 |
| Mathis, Billy J. v. AbbVie Inc. et al. | 1:15-cv-08597 |
| May, Brian K. v. AbbVie Inc. et al. | 1:16-cv-02142 |
| Mayo, Darrell v. AbbVie Inc. et al. | 1:14-cv-04960 |
| McAdoo, Phyllis v. AbbVie Inc. et al. | 1:15-cv-11069 |
| McAvoy, William v. AbbVie Inc. et al. | 1:16-cv-02391 |
| McBride, Paul M. v. AbbVie Inc. et al. | 1:16-cv-01391 |
| McCarroll, James v. AbbVie Inc. et al. | 1:16-cv-02733 |
| McDonald, Kenneth v. AbbVie Inc. et al. | 1:16-cv-00756 |
| McElroy, Elizabeth W. v. AbbVie Inc. et al. | 1:15-cv-08007 |
| McGee, Tommy v. AbbVie Inc. et al. | 1:15-cv-09569 |
| McHale, Edward P. v. AbbVie Inc. et al. | 1:15-cv-11774 |
| McKee, Michael Gary v. AbbVie Inc. et al. | 1:16-cv-00441 |
| McLendon, William v. AbbVie Inc. et al. | 1:16-cv-00545 |
| McMullan, Aaron v. AbbVie Inc. et al. | 1:15-cv-09530 |
| McMurran, Jack v. AbbVie Inc. et al. | 1:16-cv-01782 |
| McNally, Barbara v. AbbVie Inc. et al. | 1:15-cv-05051 |
| Meyer, Joseph v. AbbVie Inc. et al. | 1:16-cv-01601 |
| Micheel, Shaun v. AbbVie Inc. et al. | 1:16-cv-01023 |
| Middy, Gail v. AbbVie Inc. et al. | 1:16-cv-00811 |
| Mihovilovich, Robert M. v. AbbVie Inc. et al. | 1:16-cv-00931 |
| Miller, Charles v. AbbVie Inc. et al. | 1:16-cv-02098 |
| Mishler, Donald v. AbbVie Inc. et al. | 1:15-cv-00824 |
| Mitchell, Daryl v. AbbVie Inc. et al. | 1:16-cv-00547 |
| Moffitt, Gene v. AbbVie Inc. et al. | 1:15-cv-11098 |
| Molin, Phillip v. AbbVie Inc. et al. | 1:15-cv-10025 |
| Momon, Vincent v. AbbVie Inc. et al. | 1:15-cv-11090 |
| Montes, Marco v. AbbVie Inc. et al. | 1:16-cv-01662 |
| Morales, Alyssa v. AbbVie Inc. et al. | 1:16-cv-01659 |
| Moree, James v. AbbVie Inc. et al. | 1:16-cv-00001 |
| Morgan, Donald O. v. AbbVie Inc. et al. | 1:16-cv-02809 |

| | |
|---|---|
| Morgan, Maclane v. AbbVie Inc. et al. | 1:15-cv-11509 |
| Morris, Marc v. AbbVie Inc. et al. | 1:16-cv-01754 |
| Moscovici, Uri v. AbbVie Inc. et al. | 1:16-cv-01046 |
| Moss, Sandra v. AbbVie Inc. et al. | 1:14-cv-10484 |
| Mullen, David Sr. v. AbbVie Inc. et al. | 1:15-cv-11258 |
| Murphy, Joseph v. AbbVie Inc. et al. | 1:15-cv-11048 |
| Murray, Michael v. AbbVie Inc. et al. | 1:14-cv-09663 |
| Myers, Connally v. AbbVie Inc. et al. | 1:16-cv-00955 |
| Myers, Sandy v. AbbVie Inc. et al. | 1:16-cv-01230 |
| Nash, Billy v. AbbVie Inc. et al. | 1:16-cv-02393 |
| Navarro, Ralph v. AbbVie Inc. et al. | 1:15-cv-11356 |
| Nawrot, Edward v. AbbVie Inc. et al. | 1:16-cv-02649 |
| Nelson, Chalbert v. AbbVie Inc. et al. | 1:15-cv-11095 |
| Nelson, Jeffrey v. AbbVie Inc. et al. | 1:16-cv-01256 |
| Nesmith, William K.  v. AbbVie Inc. et al. | 1:15-cv-02871 |
| Nester, Doran Edward v. AbbVie Inc. et al. | 1:16-cv-01734 |
| Newman, Stephen v. AbbVie Inc. et al. | 1:16-cv-01613 |
| Newton, James v. AbbVie Inc. et al. | 1:16-cv-01360 |
| Niederman, Alfred v. AbbVie Inc. et al. | 1:15-cv-11572 |
| Norman, Richard B. v. AbbVie Inc. et al. | 1:16-cv-02678 |
| Norton, Billy C. v. AbbVie Inc. et al. | 1:15-cv-08244 |
| Norton, Thomas G. v. AbbVie Inc. et al. | 1:15-cv-09536 |
| Odom, Mark v. AbbVie Inc. et al. | 1:15-cv-11475 |
| O'Flaherty, Leslie v. AbbVie Inc. et al. | 1:16-cv-02666 |
| Ogburia, Sylvanus v. AbbVie Inc. et al. | 1:16-cv-01993 |
| Olenius, Charles v. AbbVie Inc. et al. | 1:15-cv-09575 |
| Olivarez, Stephen v. AbbVie Inc. et al. | 1:16-cv-02140 |
| Oliver, Reg v. AbbVie Inc. et al. | 1:15-cv-08899 |
| Ondo, Susan v. AbbVie Inc. et al. | 1:16-cv-01414 |
| Orchard, Nicholas v. AbbVie Inc. et al. | 1:15-cv-11439 |
| Ormsby, Matthew W. v. AbbVie Inc. et al. | 1:16-cv-01540 |
| Orsbun, Gavin v. AbbVie Inc. et al. | 1:16-cv-00917 |
| O'Tool, Randy v. AbbVie Inc. et al. | 1:15-cv-11050 |
| Pace, Daniel v. AbbVie Inc. et al. | 1:15-cv-07504 |
| Palazzo, Anthony v. AbbVie Inc. et al. | 1:16-cv-00581 |
| Palmer, Jeffery v. AbbVie Inc. et al. | 1:16-cv-00661 |
| Pamilton, Peter J. v. AbbVie Inc. et al. | 1:16-cv-00260 |
| Pangle, Stanley v. AbbVie Inc. et al. | 1:15-cv-09765 |
| Parker, Stanton v. AbbVie Inc. et al. | 1:15-cv-11053 |
| Parra, Rene M. v. AbbVie Inc. et al. | 1:15-cv-05654 |

| | |
|---|---|
| Parrish, Joann v. AbbVie Inc. et al. | 1:16-cv-02206 |
| Patten, Tommy D. Sr. v. AbbVie Inc. et al. | 1:16-cv-01180 |
| Patterson, Kenneth H. v. AbbVie Inc. et al. | 1:16-cv-01312 |
| Patton, Gregory v. AbbVie Inc. et al. | 1:15-cv-11763 |
| Paul, Louis v. AbbVie Inc. et al. | 1:16-cv-01622 |
| Paul, Stephen v. AbbVie Inc. et al. | 1:15-cv-09512 |
| Payne, John v. AbbVie Inc. et al. | 1:15-cv-09504 |
| Peach, Rodney J. v. AbbVie Inc. et al. | 1:16-cv-01677 |
| Pearson, James M. v. AbbVie Inc. et al. | 1:16-cv-01543 |
| Peek, Kenneth Jerry v. AbbVie Inc. et al. | 1:15-cv-09425 |
| Pennington, Brian v. AbbVie Inc. et al. | 1:16-cv-01533 |
| Penoyer, Harry C. v. AbbVie Inc. et al. | 1:16-cv-02448 |
| Pentecost, Anthony W. v. AbbVie Inc. et al. | 1:16-cv-01430 |
| Perez, Tom v. AbbVie Inc. et al. | 1:16-cv-01057 |
| Perry, Russell A. v. AbbVie Inc. et al. | 1:16-cv-01121 |
| Philippi, Paul Lloyd v. AbbVie Inc. et al. | 1:16-cv-00683 |
| Pinckard, Rickey v. AbbVie Inc. et al. | 1:15-cv-11354 |
| Poecker, Nephi v. AbbVie Inc. et al. | 1:16-cv-01281 |
| Pohl, Clarence v. AbbVie Inc. et al. | 1:16-cv-00979 |
| Pokalsky, Matthew v. AbbVie Inc. et al. | 1:16-cv-01346 |
| Polk, Larry v. AbbVie Inc. et al. | 1:16-cv-01290 |
| Pollick, James v. AbbVie Inc. et al. | 1:15-cv-10209 |
| Pollock, Bill v. AbbVie Inc. et al. | 1:16-cv-01760 |
| Pomerantz, Bruce v. AbbVie Inc. et al. | 1:15-cv-11278 |
| Pope, Gregory v. AbbVie Inc. et al. | 1:16-cv-00191 |
| Posey, Jonathan v. AbbVie Inc. et al. | 1:16-cv-01785 |
| Power, Thomas v. AbbVie Inc. et al. | 1:16-cv-01669 |
| Prescott, Robert W. v. AbbVie Inc. et al. | 1:16-cv-01432 |
| Pressley, Michael v. AbbVie Inc. et al. | 1:15-cv-06873 |
| Price, David v. AbbVie Inc. et al. | 1:15-cv-09766 |
| Price, Richard v. AbbVie Inc. et al. | 1:16-cv-01684 |
| Price, Shannon v. AbbVie Inc. et al. | 1:16-cv-00668 |
| Primerano, James v. AbbVie Inc. et al. | 1:14-cv-05772 |
| Puckett, Willie E. v. AbbVie Inc. et al. | 1:16-cv-00738 |
| Pugh, Michael L. v. AbbVie Inc. et al. | 1:16-cv-01936 |
| Pulfer, James v. AbbVie Inc. et al. | 1:16-cv-01001 |
| Quigley, John E. II v. AbbVie Inc. et al. | 1:15-cv-03586 |
| Quinlan, Eugene v. AbbVie Inc. et al. | 1:16-cv-01553 |
| Raap, Frederick M. v. AbbVie Inc. et al. | 1:16-cv-00549 |
| Radke, Wayne v. AbbVie Inc. et al. | 1:15-cv-10047 |

| | |
|---|---|
| Rainey, Ernest E. v. AbbVie Inc. et al. | 1:16-cv-01438 |
| Rainey, Lynwood v. AbbVie Inc. et al. | 1:15-cv-11574 |
| Ramsey, Dennis v. AbbVie Inc. et al. | 1:15-cv-08846 |
| Rasmussen, Michael v. AbbVie Inc. et al. | 1:16-cv-01723 |
| Ray, Christopher R. v. AbbVie Inc. et al. | 1:16-cv-01683 |
| Reagan, Charles v. AbbVie Inc. et al. | 1:16-cv-01597 |
| Reed, Bruce v. AbbVie Inc. et al. | 1:16-cv-01087 |
| Reed, Michael Dale Jr. v. AbbVie Inc. et al. | 1:16-cv-01440 |
| Reeves, Nancy v. AbbVie Inc. et al. | 1:15-cv-05799 |
| Regan, Glenn C. v. AbbVie Inc. et al. | 1:15-cv-04485 |
| Reid, Melvin v. AbbVie Inc. et al. | 1:15-cv-11110 |
| Reinecke, Greg M. v. AbbVie Inc. et al. | 1:15-cv-10037 |
| Reveille, Gilbert v. AbbVie Inc. et al. | 1:15-cv-09209 |
| Reynolds, JoAnne v. AbbVie Inc. et al. | 1:15-cv-11488 |
| Reynolds, Leslie v. AbbVie Inc. et al. | 1:16-cv-01791 |
| Reynolds, Stephen v. AbbVie Inc. et al. | 1:16-cv-01077 |
| Rice, Daniel M. v. AbbVie Inc. et al. | 1:16-cv-00843 |
| Richard, Marc v. AbbVie Inc. et al. | 1:15-cv-08900 |
| Riddick, Thomas v. AbbVie Inc. et al. | 1:16-cv-01605 |
| Rimes, Beverly A. v. AbbVie Inc. et al. | 1:15-cv-11554 |
| Ringo, Roger v. AbbVie Inc. et al. | 1:16-cv-00835 |
| Ringstaff, Eric v. AbbVie Inc. et al. | 1:15-cv-05390 |
| Risch, Jerry v. AbbVie Inc. et al. | 1:16-cv-00681 |
| Rister, William v. AbbVie Inc. et al. | 1:16-cv-00656 |
| Roberto, Armando J. v. AbbVie Inc. et al. | 1:15-cv-07085 |
| Roberts, Donald v. AbbVie Inc. et al. | 1:16-cv-02081 |
| Roberts, Michael v. AbbVie Inc. et al. | 1:15-cv-11788 |
| Roberts, Thomas v. AbbVie Inc. et al. | 1:15-cv-11577 |
| Robinson, Angelina v. AbbVie Inc. et al. | 1:16-cv-02655 |
| Robinson, William B. v. AbbVie Inc. et al. | 1:15-cv-08682 |
| Rodgers, Gary v. AbbVie Inc. et al. | 1:16-cv-01786 |
| Rodriguez, Herman v. AbbVie Inc. et al. | 1:14-cv-09332 |
| Rodriguez, Mark v. AbbVie Inc. et al. | 1:14-cv-05752 |
| Rogers, Maggie v. AbbVie Inc. et al. | 1:15-cv-08252 |
| Rois, Patrick v. AbbVie Inc. et al. | 1:15-cv-11112 |
| Rosenberg, Alicia v. AbbVie Inc. et al. | 1:16-cv-01092 |
| Ross, Daniel v. AbbVie Inc. et al. | 1:16-cv-01758 |
| Rovnak, Stephen A. Jr. v. AbbVie Inc. et al. | 1:15-cv-02787 |
| Russell, George v. AbbVie Inc. et al. | 1:14-cv-08017 |
| Russell, Mark v. AbbVie Inc. et al. | 1:16-cv-00644 |

| | |
|---|---|
| Rutledge, Floyd v. AbbVie Inc. et al. | 1:16-cv-01789 |
| Rutledge, Mark v. AbbVie Inc. et al. | 1:16-cv-01787 |
| Ryan, Michael R. v. AbbVie Inc. et al. | 1:16-cv-02097 |
| Saghian, Albert K. v. AbbVie Inc. et al. | 1:15-cv-09557 |
| Sahagun, Jesus v. AbbVie Inc. et al. | 1:15-cv-11113 |
| Sakelariou, Hristos v. AbbVie Inc. et al. | 1:15-cv-10000 |
| Salsberry, Dickie v. AbbVie Inc. et al. | 1:16-cv-02614 |
| Sanchez, Jesus v. AbbVie Inc. et al. | 1:16-cv-00154 |
| Sandel, William v. AbbVie Inc. et al. | 1:15-cv-09691 |
| Sanders, Terrell E. Jr. v. AbbVie Inc. et al. | 1:16-cv-02082 |
| Santoloci, Frank v. AbbVIe Inc. et al. | 1:16-cv-00715 |
| Satchell, David v. AbbVie Inc. et al. | 1:16-cv-02230 |
| Savala, Arthur v. AbbVie Inc. et al. | 1:16-cv-01051 |
| Sawyers, Gerald v. AbbVie Inc. et al. | 1:15-cv-11781 |
| Scaris, Nickos v. AbbVie Inc. et al. | 1:16-cv-01442 |
| Schiebel, Thomas v. AbbVie Inc. et al. | 1:15-cv-11149 |
| Schlecht, Randy v. AbbVie Inc. et al. | 1:15-cv-11115 |
| Schneider, Roger v. AbbVie Inc. et al. | 1:15-cv-09004 |
| Schram, Mitchell A. v. AbbVie Inc. et al. | 1:15-cv-11856 |
| Schutte, Francois J. v. AbbVie Inc. et al. | 1:16-cv-01454 |
| Schwartz, Henry v. AbbVie Inc. et al. | 1:16-cv-02703 |
| Schweickert, Andrew E. v. AbbVie Inc. et al. | 1:15-cv-08273 |
| Scott, William E. v. AbbVie Inc. et al. | 1:15-cv-01033 |
| Senyo, Harry v. AbbVie Inc. et al. | 1:16-cv-01634 |
| Shabbick, Lewis v. AbbVie Inc. et al. | 1:16-cv-02650 |
| Shackelford, Michael v. AbbVie Inc. et al. | 1:16-cv-00750 |
| Shaffer, Roger E. v. AbbVie Inc. et al. | 1:16-cv-02585 |
| Shames, Samuel v. AbbVie Inc. et al. | 1:15-cv-11349 |
| Shaw, Lee Roy Jr. v. AbbVie Inc. et al. | 1:15-cv-09754 |
| Shaw, Robert Jr. v. AbbVie Inc. et al. | 1:15-cv-11101 |
| Sheafer, John L. v. AbbVie Inc. et al. | 1:16-cv-01459 |
| Shelton, Craig C. v. AbbVie Inc. et al. | 1:16-cv-01343 |
| Sherril, Roy L. v. AbbVie Inc. et al. | 1:15-cv-04489 |
| Sherrils, Terrence v. AbbVie Inc. et al. | 1:15-cv-11118 |
| Shinn, Billy R. v. AbbVie Inc. et al. | 1:16-cv-01686 |
| Shoff, Scott v. AbbVie Inc. et al. | 1:16-cv-01790 |
| Shrock, Gary L. v. AbbVie Inc. et al. | 1:16-cv-01463 |
| Silbert, Sandy v. AbbVie Inc. et al. | 1:16-cv-01345 |
| Silliman, James L. v. AbbVie Inc. et al. | 1:16-cv-02409 |
| Silverstein, Barnett v. AbbVie Inc. et al. | 1:16-cv-00717 |

| | |
|---|---|
| Simmons, Gregory v. AbbVie Inc. et al. | 1:14-cv-08449 |
| Simon, Albert v. AbbVie Inc. et al. | 1:15-cv-11037 |
| Simoneau, Rusty v. AbbVie Inc. et al. | 1:16-cv-00041 |
| Simpkins, Albert v. AbbVie Inc. et al. | 1:16-cv-00189 |
| Sims, Sunday v. AbbVie Inc. et al. | 1:16-cv-01144 |
| Sizemore, Charles v. AbbVie Inc. et al. | 1:15-cv-04711 |
| Slagle, Michael v. AbbVie Inc. et al. | 1:16-cv-02311 |
| Sledge, Elijah v. AbbVie Inc. et al. | 1:16-cv-02083 |
| Sleyster, Russell Jr. v. AbbVie Inc. et al. | 1:16-cv-00694 |
| Sloan, Debra v. AbbVie Inc. et al. | 1:16-cv-01685 |
| Smith, Edward Jr. v. AbbVie Inc. et al. | 1:15-cv-09649 |
| Smith, George H. v. AbbVie Inc. et al. | 1:15-cv-11855 |
| Smith, Gilbert T. v. AbbVie Inc. et al. | 1:16-cv-02138 |
| Smith, Joseph v. AbbVie Inc. et al. | 1:16-cv-01762 |
| Smith, Leonard v. AbbVie Inc. et al. | 1:15-cv-09111 |
| Smith, LeRoy v. AbbVie Inc. et al. | 1:16-cv-01687 |
| Smith, Michael P. v. AbbVie Inc. et al. | 1:16-cv-01691 |
| Smith, Michael Ray v. AbbVie Inc. et al. | 1:15-cv-11120 |
| Smith, Patsy v. AbbVie Inc. et al. | 1:15-cv-09653 |
| Smith, Theodore v. AbbVie Inc. et al. | 1:15-cv-03822 |
| Smith, Wendell v. AbbVie Inc. et al. | 1:16-cv-00914 |
| Smuda, Alan A. v. AbbVie Inc. et al. | 1:16-cv-02110 |
| Snyder, Donald v. AbbVie Inc. et al. | 1:15-cv-11275 |
| Soelberg, Jay v. AbbVie Inc. et al. | 1:16-cv-00548 |
| Solis, Eduardo Sr. v. AbbVie Inc. et al. | 1:15-cv-11259 |
| Spangler, Kathy v. AbbVie Inc. et al. | 1:15-cv-11122 |
| Sparkman, Foster D. v. AbbVie Inc. et al. | 1:15-cv-04525 |
| Spears, Randy W. v. AbbVie Inc. et al. | 1:15-cv-10096 |
| St. George, John G. v. AbbVie Inc. et al. | 1:16-cv-01466 |
| Stamey, David J. v. AbbVie Inc. et al. | 1:16-cv-01468 |
| Stanberry, Leroy v. AbbVie Inc. et al. | 1:16-cv-01529 |
| Stapleton, Isaac v. AbbVie Inc. et al. | 1:15-cv-09042 |
| Starkweather, Richard v. AbbVie Inc. et al. | 1:16-cv-01025 |
| Stegner, Gary v. AbbVie Inc. et al. | 1:16-cv-02598 |
| Stevens, Larry A. v. AbbVie Inc. et al. | 1:16-cv-01472 |
| Stinnett, Patrick  v. AbbVie Inc. et al. | 1:15-cv-01801 |
| Storck, Patricia v. AbbVie Inc. et al. | 1:15-cv-11264 |
| Strawn, James v. AbbVie Inc. et al. | 1:15-cv-09482 |
| Streeter, Dwayne v. AbbVie Inc. et al. | 1:16-cv-00540 |
| Suit, Ronald v. AbbVie Inc. et al. | 1:16-cv-00965 |

| | |
|---|---|
| Sullivan, James J. v. AbbVie Inc. et al. | 1:15-cv-06522 |
| Syracuse, Michael G. Sr. v. AbbVie Inc. et al. | 1:16-cv-01447 |
| Szekely, Bela v. AbbVie Inc. et al. | 1:16-cv-01260 |
| Tallevast, John v. AbbVie Inc. et al. | 1:16-cv-01772 |
| Tammone, John v. AbbVie Inc. et al. | 1:16-cv-01116 |
| Taylor, Craig D. v. AbbVie Inc. et al. | 1:15-cv-06640 |
| Taylor, John Charles v. AbbVie Inc. et al. | 1:15-cv-10999 |
| Taylor, Jose v. AbbVie Inc. et al. | 1:16-cv-00165 |
| Tellez, Daniel Louis v. AbbVie Inc. et al. | 1:16-cv-01450 |
| Terhorst, Brian v. AbbVie Inc. et al. | 1:15-cv-10203 |
| Terry, Gregory v. AbbVie Inc. et al. | 1:16-cv-01134 |
| Thomas, Donald H. Jr. v. AbbVie Inc. et al. | 1:16-cv-01475 |
| Thomas, Guy v. AbbVie Inc. et al. | 1:16-cv-00128 |
| Thomas, Robert L. Sr. v. AbbVie Inc. et al. | 1:16-cv-02438 |
| Thompkins, Zeggory v. AbbVie Inc. et al. | 1:15-cv-11687 |
| Thompson, Phillip v. AbbVie Inc. et al. | 1:15-cv-10094 |
| Thomson, Charles M. v. AbbVie Inc. et al. | 1:16-cv-02449 |
| Thrall, Kenneth v. AbbVie Inc. et al. | 1:15-cv-11034 |
| Tidwell, Donald v. AbbVie Inc. et al. | 1:15-cv-08250 |
| Timmerman, Arthur v. AbbVie Inc. et al. | 1:16-cv-01647 |
| Timmons, Roland L. Jr. v. AbbVie Inc. et al. | 1:15-cv-10363 |
| Tomczak, John v. AbbVie Inc. et al. | 1:16-cv-00697 |
| Tomson, Larry v. AbbVie Inc. et al. | 1:16-cv-00925 |
| Torres, Juan v. AbbVie Inc. et al. | 1:15-cv-11126 |
| Tosso, Gilbert Jr. v. AbbVie Inc. et al. | 1:15-cv-09929 |
| Touchette, Timothy v. AbbVie Inc. et al. | 1:16-cv-00751 |
| Triano, Joseph Jr. v. AbbVie Inc. et al. | 1:16-cv-01303 |
| Tribken, Craig L. v. AbbVie Inc. et al. | 1:16-cv-01244 |
| Troidle, Thomas W. v. AbbVie Inc. et al. | 1:16-cv-02146 |
| Troske, James v. AbbVie Inc. et al. | 1:16-cv-01324 |
| Turnbull, Elvert v. AbbVie Inc. et al. | 1:15-cv-03584 |
| Valentino, Joseph A. v. AbbVie Inc. et al. | 1:15-cv-04205 |
| Vanaman, Barry v. AbbVie Inc. et al. | 1:16-cv-01722 |
| VanWagner, Stephen v. AbbVie Inc. et al. | 1:16-cv-01005 |
| Vaughan, Joe E. v. AbbVie Inc. et al. | 1:16-cv-01694 |
| Vigeant, Albert F. v. AbbVie Inc. et al. | 1:16-cv-01265 |
| Villademoros, Andrew v. AbbVie Inc. et al. | 1:16-cv-01318 |
| Visser, David A. v. AbbVie Inc. et al. | 1:16-cv-02227 |
| Vitali, Michael L. v. AbbVie Inc. et al. | 1:16-cv-00712 |
| Wade, Tina v. AbbVie Inc. et al. | 1:16-cv-02487 |

| | |
|---|---|
| Wagner, Dale v. AbbVie Inc. et al. | 1:16-cv-00593 |
| Wagner, James v. AbbVie Inc. et al. | 1:16-cv-00664 |
| Waite, Daniel v. AbbVie Inc. et al. | 1:16-cv-01593 |
| Wallace, Gary v. AbbVie Inc. et al. | 1:16-cv-00698 |
| Walling, Harold v. AbbVie Inc. et al. | 1:16-cv-01019 |
| Walsh, Frederick J. Jr. v. AbbVie Inc. et al. | 1:16-cv-00684 |
| Walter, Robert B. v. AbbVie Inc. et al. | 1:16-cv-01697 |
| Ward, David v. AbbVie Inc. et al. | 1:15-cv-11468 |
| Warfield, Lawrence v. AbbVie Inc. et al. | 1:16-cv-00552 |
| Warga-Lang, Susan v. AbbVie Inc. et al. | 1:15-cv-00235 |
| Washington, Cleveland Ray v. AbbVie Inc. et al. | 1:15-cv-11821 |
| Washington, Steven v. AbbVie Inc. et al. | 1:16-cv-00570 |
| Watson, Debbie v. AbbVie Inc. et al. | 1:16-cv-01698 |
| Watson, William v. AbbVie Inc. et al. | 1:16-cv-00752 |
| Weber, Gordon D. v. AbbVie Inc. et al. | 1:15-cv-08630 |
| Wegrzynowicz, William v. AbbVie Inc. et al. | 1:16-cv-00584 |
| Weintraub, Stuart Robert v. AbbVie Inc. et al. | 1:15-cv-08683 |
| Weiser, Robert Mark v. AbbVie Inc. et al. | 1:16-cv-02488 |
| Welch, Gary G.  v. AbbVie Inc. et al. | 1:15-cv-01806 |
| Wells, Deborah v. AbbVie Inc. et al. | 1:16-cv-01477 |
| Welshans, Timothy v. AbbVie Inc. et al. | 1:15-cv-11287 |
| Werblo, John N. v. AbbVie Inc. et al. | 1:15-cv-03559 |
| Wertz, Tom v. AbbVie Inc. et al. | 1:15-cv-08924 |
| Whicker, Cathy B. v. AbbVie Inc. et al. | 1:16-cv-01479 |
| White, John F. v. AbbVie Inc. et al. | 1:16-cv-01482 |
| White, Justin v. AbbVie Inc. et al. | 1:16-cv-01586 |
| White, Michelle v. AbbVie Inc. et al. | 1:16-cv-01480 |
| White, Warren v. AbbVie Inc. et al. | 1:16-cv-00112 |
| Whiteley, Harold v. AbbVie Inc. et al. | 1:16-cv-01608 |
| Whiting, Donald v. AbbVie Inc. et al. | 1:15-cv-09602 |
| Whittington, Corbin v. AbbVie Inc. et al. | 1:16-cv-00162 |
| Williams, David Brent v. AbbVie Inc. et al. | 1:16-cv-01764 |
| Williams, David v. AbbVie Inc. et al. | 1:15-cv-11466 |
| Williams, James Edward v. AbbVie Inc. et al. | 1:16-cv-01274 |
| Williams, Leland v. AbbVie Inc. et al. | 1:16-cv-00612 |
| Williams, Martie v. AbbVie Inc. et al. | 1:16-cv-01701 |
| Williams, Ralph v. AbbVie Inc. et al. | 1:16-cv-02088 |
| Williams, Robert E. v. AbbVie Inc. et al. | 1:16-cv-01015 |
| Williams, Terry v. AbbVie Inc. et al. | 1:15-cv-08902 |
| Williamson, Dwayne v. AbbVie Inc. et al. | 1:16-cv-00885 |

| | |
|---|---|
| Wilson, Robert v. AbbVie Inc. et al. | 1:16-cv-02820 |
| Wilson, Tommy v. AbbVie Inc. et al. | 1:14-cv-04962 |
| Wilson, William v. AbbVie Inc. et al. | 1:15-cv-11290 |
| Wimberly, Clifford v. AbbVie Inc. et al. | 1:16-cv-02924 |
| Wimbish, Heather Lee v. AbbVie Inc. et al. | 1:16-cv-01070 |
| Wood, Timothy D. v. AbbVie Inc. et al. | 1:16-cv-01486 |
| Woodhouse, William v. AbbVie Inc. et al. | 1:15-cv-09982 |
| Wozniak, Brian v. AbbVie Inc. et al. | 1:15-cv-09239 |
| Wright, Harold v. AbbVie Inc. et al. | 1:15-cv-09959 |
| Wright, Peter M. v. AbbVie Inc. et al. | 1:16-cv-01286 |
| Wright, Rodney K. v. AbbVie Inc. et al. | 1:16-cv-02821 |
| Wyche, Michael v. AbbVie Inc. et al. | 1:15-cv-11659 |
| Wysocki, Ronald v. AbbVie Inc. et al. | 1:16-cv-00130 |
| Yamnitz, Alva v. AbbVie Inc. et al. | 1:15-cv-11127 |
| Yeager, David v. AbbVie Inc. et al. | 1:15-cv-08088 |
| Young, John v. AbbVie Inc. et al. | 1:16-cv-00573 |
| Zammit, Edwin v. AbbVie Inc. et al. | 1:16-cv-00618 |
| Zasa, Ben v. AbbVie Inc. et al. | 1:16-cv-01196 |
| Zieminski, Dennis v. AbbVie Inc. et al. | 1:16-cv-01644 |
| Zmich, Michael R. v. AbbVie Inc. et al. | 1:16-cv-02417 |
| Zumhingst, Jon v. AbbVie Inc. et al. | 1:16-cv-01606 |
| Zupan, Dennis v. AbbVie Inc. et al. | 1:16-cv-01455 |